# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

Gray Motorola Cellular telephone
Serial Number 364KGA52DN

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

FILED

MAR 2 8 2006

CASE NUMBER: 06 - 139 - M - 01

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(Further described below)

I _____Steve Manley_____ being duly sworn depose and say:

I am a(n) __Investigator with the Metropolitan Police Department, Major Narcotics Branch__ and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)

Gray Motorola Cellular telephone
Serial Number 364KGA52DN

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
See attached affidavit

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)
See attached affidavit

concerning a violation of Title __21__ United States Code, Section(s) __841(a)(1)__. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES  ☐ NO

_____Avind K. Lal_____            X _____
Organized Crimes and Narcotics Trafficking Section  Signature of Affiant
(202) 353-8833                    Steve Maney, Investigator,
                                  Metropolitan Police Department
                                  Major Narcotics Branch

Sworn to before me, and subscribed in my presence

___MAR 2 8 2006_____   at Washington, D.C.
Date
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE                _____
Name and Title of Judicial Officer    Signature of Judicial Officer