# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Gray Motorola Cellular telephone
Serial Number

## SEARCH WARRANT

CASE NUMBER: 06 - 139 - M - 01

TO: __Arvind K Lal__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Investigator Steve Manley__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

Gray Motorola Cellular telephone
Serial Number

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See attached affidavit

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___April 7, 2006___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAR 28 2006
Date and Time Issued JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

at Washington, D.C.

_[signature]_

Name and Title of Judicial Officer    Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| MARCH 28, 2006 | APRIL 5, 2006  2200 | |

INVENTORY MADE IN THE PRESENCE OF  S. MANLEY

## INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEIZED FROM CELLULAR PHONE W/ SN
5 RECENT CALLS
12 STORED NUMBERS

**FILED**

MAR 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

X _____

Subscribed, sworn to, and returned before me this date.

_____  03/15/07
U.S. Judge or U.S. Magistrate Judge   Date